# AFFADAVIT

Comes now affiant, Timothy P. Danehy, *sui juris,* natural person being of sound mind. Acting of his own free will and having first hand fact knowledge of the following:

- Affiant had no previous relationship with JAFFE AND ASHER LLP. business or personal.

- Affiant never gave JAFFE AND ASHER LLP. Consent either written or verbal expressed or implied regarding any matter.

- Affiant to this date has not received any written communications from JAFFE AND ASHER LLP. via mail private courier or electronically.

- Affiant never applied to JAFFE AND ASHER LLP. for credit, insurance, employement or membership of any kind.

- Affiant had no previous relationship with William J. Allen or ALLEN LAW FIRM in business or personal.

- Affiant never applied to William J. Allen or ALLEN LAW FIRM for credit, insurance, employment or membership of any kind.

- Affiant notified William J. Allen in writing not to call him and that all communications should be in writing.

- Affiant never notified William J. Allen that affiant wished to be taken off any do-not-call list.

- Affiant received several calls from William J. Allen after notification not to call was given.

- Affiant never had an "account ending 7-71001" with AMERICAN EXPRESS BANK, FSB.

- Affiant's personal credit score is lower now than it was in January 2013.

- Affiant was denied credit from GE Credit (paypal) on two occasions.

- Affiant has been denied a credit card from CHASE BANK.

Affiant further sayeth naught.

_WAKE_ County, North Carolina

Signed and sworn to before me this day by Timothy P. Danehy

Date: Feb, 4th 2014

(Official Seal)

PAUL K. FULLER
NOTARY PUBLIC
WAKE COUNTY, NC
My Commission Expires 10-1-2018.

Signed, Paul K Fuller

Print, PAUL K FULLER Notary Public

My commission expires, 10-1-2018