*"Exhibit A"*

Feb. 17th 2013

Timothy P. Danehy

555 Julian Smith Rd.

Henderson, North Carolina


Allen Law Firm

2435 Plantation Center Dr. Ste. 205

Matthews, NC 28105


Dear, Attorney W. J. Allen


    I am writing to you in regards to a letter I received from your office dated and mailed Feb. 8, 2013. In your letter you claimed that I owe you or a client of yours a debt. I **DISPUTE** your claim and **DEMAND VALIDATION** of any alleged debts you think I owe you or any clients of your firm. In your letter you referenced a debt to American Express Bank, FSB with a balance due of $18,110.28. I **DISPUTE** and **DEMAND VALIDATION** of any alleged debt owed to American Express Bank, FSB.

    If you or your firm made any negative reports to credit reporting agency's I demand that they be removed. Do not call me or my employer in regards to this matter. For security reasons I do not discuss financial matters over the phone. If called I will consider it harassment. Any further communications must be in writing via USPS mail.


                                                                                   Sincerely,

                                                                                   *[signature]*

                                                                     Timothy P. Danehy


Ref: CM# 7011 1570 0001 1909 6976

7011 1570 0001 1909 6976