"Exhibit B"

# ALLEN LAW FIRM
*Attorneys at Law*

**William J. Allen***  *Also admitted in Connecticut
**Krista A. Stallard**

March 6, 2013

Timothy P. Danehy
555 Julian Smith Road
Henderson, NC 27537

RE: American Express Bank, FSB

Dear Mr. Danehy:

This letter is an attempt to collect a debt and any information obtained will be used for this purpose.

In response to your request for verification of the debt, we provide you the following information:

Creditor name: American Express Bank, FSB,
Creditor Address: P.O. Box 650448, Dallas, TX 75265-0448
Name of Debtor: Timothy P. Danehy
Debtor Address: 555 Julian Smith Road, Henderson, NC 27537
Amount due: 18,110.28

Should you have any further questions, please contact our office.

Sincerely,

William J. Allen
Attorney at Law

WJA/nn
Enclosures