March 17, 2013

"Exhibit C"

Timothy P. Danehy

555 Julian Smith Rd.

Henderson, North Carolina 27537


Allen Law Firm

2435 Plantation Center Dr. Ste. 205

Matthews, NC 28105


Dear Attorney Allen,

    This letter is in response to your letter dated March 6, 2013. You did not **Validate** that I owe you or anyone else a debt. I did not ask for verification of anything I demanded validation of the debt you claim I owe. Neither you nor anyone in your office has validated any debt I owe. Without proper validation you have no right to continue pursuing this matter. Until you properly **Validate** the debt I demand that you cease and desist in all activities regarding this matter.


Sincerely,

*[signature]*

Timothy P. Danehy


Certified Mail 7012 2920 0000 6318 2661