# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| TIMOTHY P. DANEHY ) | |
| Plaintiff ) | |
| v. ) | Case No. 5:14-CV-60-FL |
| JAFFE AND ASHER LLP, ET AL ) | |
| Defendant ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JAFFE AND ASHER LLP; LAWRENCE M. NESSENSON and WILLIAM J. ALLEN

Date: 05/05/2014

/s/Wiliam J. Allen
*Attorney's signature*

William J. Allen-NC Bar Number 24916
*Printed name and bar number*
2435 Plantation Center Drive, Suite 205
Matthews, NC 20105

*Address*

ballen@allenatalw.com
*E-mail address*

(704) 847-1390
*Telephone number*

(704) 847-1452
*FAX number*