# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### Case No. 5:14-CV-60-FL

TIMOTHY P. DANEHY                              )
                                               )
Plaintiff(s),                                  )
                                               )
                                               )
vs                                             )
                                               )
JAFFE AND ASHER, LLP AND WILLIAM J. ALLEN   )
Defendant(s).                                  )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

JAFFE AND ASHER, LLP      who is  DEFENDANT            ,
_____               _____
(name of party)                         (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

     YES  ◯              NO  ◉

2. Does party have any parent corporations?

     YES  ◯              NO  ◉

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

     YES  ◯              NO  ◉

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES ◯          NO ⦿

If yes, identify entity and nature of interest:


5. Is party a trade association?

YES ◯          NO ⦿

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:


6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:


Signature: /S/William J. Allen

Date: April 21, 2014