**RECEIVED**
JUN 16 2014
LKE
JULIE A. RICHARDS, CLERK
US DISTRICT COURT EDNC

*NOT in 301* (circled)

Timothy P. Danehy
P.O. Box 301
Henderson, NC 27544

NIXIE     212232029-1N         06/10/14

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5: 14 -CV- 60 -FL

TIMOTHY P. DANEHY )
)
)
Plaintiff, )
)
) **PLAINTIFF'S MEMORANDUM IN**
v. ) **OPPOSITION OF DEFENDANT'S**
) **MOTION TO DISMISS**
)
JAFFE AND ASHER LLP. *et al.*, )
LAWRENCE M. NESSENSON and )
WILLIAM J. ALLEN *et al.* )
)
)
Defendant's )

The claims brought forth by the Plaintiff in this case arise from JAFFE AND ASHER LLP, WILLIAM J. ALLEN and LAWRENCE M. NESSENSON (collectively "Defendants") actions, methods and behavior in the collection of an alleged consumer debt. Plaintiff's first amended complaint (docket no. 6) states facts and alleges actions taken by the defendant's which failed to comply with provisions of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§1681 *et. seq.*, the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C.§§1692 *et. seq.*, and the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C.§§227 *et. seq.*

Plaintiff opposes Defendant's motion to dismiss pursuant to F.R.C.P.12(b)(4) and(6), and in the interest of justice plaintiff moves the court to deny the

1

Case 5:14-cv-00060-FL Document 18 Filed 05/30/14 Page 1 of 20
Case 5:14-cv-00060-FL Document 21 Filed 06/16/14 Page 2 of 3

RECEIVED
JUN 16 2014
LKF
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC

FILED
MAY 30 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5: 14 -CV- 60 -FL

TIMOTHY P. DANEHY )
)
)
Plaintiff, )
)
v. ) **DECLARATION OF TIMOTHY P.**
) **DANEHY IN SUPPORT OF**
) **PLAINTIFF'S OPPOSITION TO**
) **DEFENDANTS MOTION TO DISMISS**
JAFFE AND ASHER LLP. *et al.*, )
LAWRENCE M. NESSENSON and )
WILLIAM J. ALLEN *et al.* )
)
)
Defendants )

---

Timothy P. Danehy declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I submit this declaration in support of plaintiff's opposition to defendant's motion to dismiss.

2. I am the plaintiff in the above named action.

3. I saw that Jaffe and Asher pulled my consumer credit report from Trans Union

4. I received messages on my answering machine at 5:02 PM and 6:21 PM on March 20, 2014 from Nessenson.

5. I called Nessenson at 2:42 PM on March 21, 2014

1