UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISVISION

TIMOTHY P. DANEHY,                    )
                                      )
                    Plaintiff,        )
                                      )
v.                                    )        **JUDGMENT**
                                      )
                                      )        No. 5:14-CV-60-FL
JAFFE AND ASHER LLP; WILLIAM J.       )
ALLEN; and LAWRENCE M.                )
NESSENSON,                            )
                                      )
                    Defendants.       )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss pursuant to Federal Rules of Civil Procedure 12(B)(2) and 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 17, 2015, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is granted.  The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on March 17, 2015, and Copies To:**

William J. Allen (via CM/ECF Notice of Electronic Filing)
Timothy P. Danehy (via U.S. Mail) PO Box 301, Kittrell, NC 27544


March 17, 2015                      JULIE RICHARDS JOHNSTON, CLERK
                                     _/s/ Christa N. Baker_____
                                    (By) Christa N. Baker, Deputy Clerk